IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>CURTIS DEXTER HULL | Case No.<br>1:26-CR-0016-MLB |

**United States' Motion for Leave to File Dismissal**

The United States, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss, and seeks leave from the Court to dismiss, the Criminal Information, filed February 5, 2026, charging defendant Curtis Dexter Hull with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and endeavoring to obstruct the due administration of justice, in violation of 18 U.S.C. § 1503. The United States is moving for dismissal of the Criminal Information in the above-styled case because the defendant has been charged by indictment in a related case. *See United States v. Hull*, Case No. 1:26-CR-515-MLB-LRS. A proposed order is attached.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

By: Angela Adams
*Assistant United States Attorney*
Georgia Bar No. 613114
Angela.Adams@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>CURTIS DEXTER HULL | Case No.<br>1:26-CR-0016-MLB |

**Order**

Having reviewed the United States' Motion for Leave to File Dismissal, and for the reasons stated therein, leave to file the dismissal of the Criminal Information, filed February 5, 2026, is granted on the terms contained in the Government's motion.

SO ORDERED, November ______, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE