IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>CURTIS DEXTER HULL | Case No.<br>1:26-CR-0016-MLB |

**Order**

Having reviewed the United States' Motion for Leave to File Dismissal, and for the reasons stated therein, leave to file the dismissal of the Criminal Information, filed February 5, 2026, is granted on the terms contained in the Government's motion.

SO ORDERED this 16th day of November, 2026.

MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE